PEP MFG. COMPANY v. ZIP MFG. CO., Zip Abrasive Mfg. Co., also known as Zip Abrasive Company, and Harold T. Shuck.

Circuit Court of Appeals, Sixth Circuit.
April 2, 1929.

No. 5356.

Fay, Oberlin & Fay, of Cleveland, Ohio, and Fred E. Tasker, of New York City, for appellant.

Thompson, Hine & Flory, of Cleveland, Ohio, Alexander C. Dick, of New York City, and Edmund Rogers, of Denver, Colo., for appellees.

PER CURIAM. Dismissed pursuant to motion of counsel for appellant. See, also, 27 F.(2d) 219.

Benjamin PROSS, Plaintiff in Error, v. UNITED STATES, Defendant in Error.

Circuit Court of Appeals, Second Circuit.
June 3, 1929.

No. 369.

Archibald Palmer, of New York City (Chauncey Hanan Levy, of New York City, on the brief), for plaintiff in error.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg, Asst. U. S. Atty., of Brooklyn, N. Y., and Morris E. Packer, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM. Judgment affirmed.

SANITARY MARKET, Inc., v. L. I. McQUEEN, Receiver.

Circuit Court of Appeals, Sixth Circuit.
May 17, 1929.

No. 5416.

Boyd, Cannon, Brooks & Wickham, of Cleveland, Ohio, for appellant.

Grossman & Grossman, of Cleveland, Ohio, for appellee.

PER CURIAM. Dismissed, pursuant to motion of counsel for appellee.

Samuel SHULBERG, Trading as Sunray Company, Appellant, v. J. M. DORAN, Prohibition Commissioner, Appellee.

Circuit Court of Appeals, Third Circuit.
May 13, 1929.

No. 4059.

Edward M. Rand, P. J. Friel, and Charles Atkinson, all of Philadelphia, Pa., for appellant.

George W. Coles, U. S. Atty., R. H. Woolsey, and John Leslie Kilcoyne, all of Philadelphia, Pa., for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. After argument and due consideration had, the decree of the court below dismissing the bill is affirmed.